### HUBBARD v. THE STATE.

GILBERT, Justice. John Henry Hubbard was indicted, tried, and found guilty of the offense of murder, and sentenced to life imprisonment. His motion for new trial, based on the general grounds only, was overruled, and the exception is to that judgment. The verdict is supported by evidence, and there is no complaint of any errors of law. The court did not err in overruling the motion for a new trial.

*Judgment affirmed. All the Justices concur.*

No. 11286. APRIL 17, 1936.

*I. J. Bussell,* for plaintiff in error.

*M. J. Yeomans,* attorney-general, *John S. Gibson,* solicitor-general, *B. D. Murphy, E. J. Clower,* and *M. L. Preston,* contra.